UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 16599
   JAMES RAY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9708
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/12/07 .

2. The case was dismissed without confirmation, 01/11/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FINGER FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LA CHEPELLE CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, LEGAL HELPERS PC         , was allowed $   3500.00 and was paid $   500.00  direct and $       .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/16/08                      /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16599 JAMES RAY